# MEMO ENDORSED

## DAVE LAW PC

*Attorney at Law*

26 Court Street
Suite 1212
Brooklyn, New York 11242

516-782-1614
ritadaveesq@gmail.com

**RITA DAVE, ESQ.**

**JABBAR COLLINS**
**(Paralegal)**

February 7, 2022

### By ECF

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10606

Re: *Haughey v. The County of Putnam, et al,* 18 CV 2861 (KMK)

Dear Judge Karas:

On December 1, 2021, during a conference with the Court, the parties discussed the untimely passing of plaintiff William Haughey, the substitution of his estate upon the appointment of an Executor/Administrator and the scheduling of a briefing schedule for the filing of summary judgment motions. It was agreed by all parties and the Court that as probate proceedings were being filed by Mr. Haughey's estate counsel, the parties herein would continue to move the case forward and file respective Summary Judgment Motions.

Since that conference, Mr. Haughey's brother, Richard J. Haughey has been appointed the Administrator of the Estate of William J. Haughey and the undersigned, hereby moves this Court, for an order pursuant to Rule 25 of the Federal Rules of Civil Procedure, granting Substitution of the Plaintiff and to amend the caption of the Second Amended Summons and Complaint to replace the deceased plaintiff William J. Haughey with "Richard J. Haughey the Administrator of the Estate of William J. Haughey."

Respectfully submitted,

Rita Dave Esq

To: ECF Counsel

Granted.

So Ordered

2/9/22