

MEMO ENDORSED

101 GREENWICH STREET
22ND FLOOR
NEW YORK, NEW YORK 10006
(212) 766-1888
FAX (212) 766-3252
WWW.MDAFNY.COM

October 7, 2022

**VIA: ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10606

Re: **WILLIAM HAUGHEY v. THE COUNTY OF PUTNAM, et al.**
Docket No. 18-cv-2861 (KMK)

Dear Judge Karas:

The undersigned represents the Town Defendants in the above-referenced matter. At this time, the Town Defendants write, with the consent of all parties, to request an adjournment of the status conference scheduled for October 27, 2022, to a date that is convenient for the Court. This is the first request for such an adjournment. This request is being made, as the undersigned has a flight that was scheduled for that date prior to the Court's order.

Thank you for your time and attention to this matter.

Respectfully submitted,

*Kenneth E. Pitcoff*
KENNETH E. PITCOFF

cc: *counsel of record via ecf*

Granted. The Court will hold a teleconference on November 9, 2022 at 10:00 AM

SO ORDERED
KENNETH M. KARAS U.S.D.J.
10/10/2022