UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD J. HAUGHEY, *administrator of the Estate of William J. Haughey*,

        Plaintiff,

v.

COUNTY OF PUTNAM, *et al.*,

        Defendants.

No. 18-CV-2861 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

    For the reasons to be stated on the record at the hearing held in this case on December 2, 2022, the Motions for Reconsideration filed by Defendants Michael Nagle, Town of Carmel, and Daryl Johnson are DENIED. (*See* Dkt. Nos. 188, 192.)

    The Clerk of the Court is respectfully directed to terminate the pending motions. (*See* Dkt. Nos. 188, 192.)

SO ORDERED.

DATED:    December 14, 2022
             White Plains, New York

                                          KENNETH M. KARAS
                                          United States District Judge