

200 Old Country Road, Suite 2 South, Mineola, NY 11501/Tel: (516) 741-3222/Fax: (516) 741-3223

January 9, 2023

**By ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10606

    Re:    <u>Haughey v. The County of Putnam, et al,</u> 18 CV 2861 (KMK)

Dear Judge Karas:

    I represent Plaintiff Richard J. Haughey, the administrator of the Estate of William J. Haughey in this 42 U.S.C. § 1983 action.

    I write to respectfully request three days, until Friday, January 13, 2023, to reply to Defendants Chief Darryl Johnson's and Detective Michael Nagle's January 9, 2022, letters (Docs. # 230 and 231) responding to our January 3, 2023, letter. Thank you for your consideration.

Granted, but there will be no further extensions.

So Ordered.

*[signature]*

1/10/23

Respectfully submitted,

*Oscar Michelen*

Oscar Michelen

cc:    All defense counsel by ECF