

MORRIS DUFFY ALONSO FALEY & PITCOFF

101 GREENWICH STREET
22ND FLOOR
NEW YORK, NEW YORK10006
(212) 766-1888
FAX (212) 766-3252
WWW.MDAFNY.COM

April 19, 2023

**VIA: ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10606

Re:    **WILLIAM HAUGHEY v. THE COUNTY OF PUTNAM, et al.**
          Docket No. 18-cv-2861 (KMK)

Dear Judge Karas:

The undersigned represents the Town Defendants in the above-referenced matter. At this time, the Town Defendants write to request an adjournment of the status conference scheduled for May 3, 2023, to May 12, 2023. All parties, with the exception of Anthony Porto who has not responded, have consented to this adjournment.

This adjournment request is being made as the undersigned is currently on trial in Suffolk County, and has another trial beginning on May 10, 2023 in the Southern District. This is the first request for an adjournment of this conference.

Thank you for your time and attention to this matter.

Granted. The 5/3/23 conference is adjourned to
5/ 10 /23, at 2:00

So Ordered.

_[signature]_
4/19/23

Respectfully submitted,
*Kenneth E. Pitcoff*
KENNETH E. PITCOFF

cc: *counsel of record via ecf*