UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
William Haughey,

      Plaintiff,      18 CV 02861 (KMK)

 -v-              CALENDAR NOTICE

The County of Putnam, et al.,

      Defendants.
-------------------------------------------------------X

KENNETH M. KARAS, District Judge:

  Please take notice that the above captioned action has been scheduled for a status conference before the Honorable Kenneth M. Karas, United States District Judge, on Monday, May 15, 2023 at 2:30 p.m. The conference previously scheduled for May 10, 2023 has been taken off the calendar.

NOTICE OF TELECONFERENCE INFORMATION: The Court will hold all civil conferences, hearings, and/or oral arguments by telephone. Counsel shall call the following number at the designated time: Meeting Dial-In Number (USA toll-free): (888) 363-4749 Access Code: 7702195 Please enter the conference as a guest by pressing the pound sign (#). Counsel involved in any pro se cases shall mail a copy of this Notice to or otherwise inform the pro se party of the above teleconference information. Counsel in any pro se inmate cases shall ensure that the pro se party is on the line before calling the above-referenced number. Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

Dated: April 24, 2023
   White Plains, New York

                So Ordered

                _____
                Kenneth M. Karas, U.S.D.J