

# CUOMO LLC

200 Old Country Road, Suite 2 South, Mineola, NY 11501/Tel: (516) 741-3222/Fax: (516) 741-3223

May 15, 2023

**By ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10606

Re: *Haughey v. The County of Putnam, et al*, 18 CV 2861 (KMK)

Dear Judge Karas:

    I represent Plaintiff Richard J. Haughey, the administrator of the Estate of William J. Haughey in this 42 U.S.C. § 1983 action. We submit this letter to request that the Court extend the time for all parties to file objections/responses to the motions in limine and other JPTO filings to June 6, 2023.
    Counsel for the parties have conferred and with various other pressing commitments; the number of motions in limine; the Memorial Day holiday; and with a trial date of October 30, 2023, all counsel agree that June 6 would work best subject of course to the Court's approval.
    Thank you for your attention in this matter.

Granted.

So Ordered.

*[signature]*

5/15/23

Respectfully submitted,

Oscar Michelen

Oscar Michelen

cc: All defense counsel by ECF