UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD J. HAUGHEY, *administrator of the Estate of William J. Haughey*,

                          Plaintiff,

          v.

COUNTY OF PUTNAM, *et al.*,

                          Defendants.

No. 18-CV-2861 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

    For the reasons stated on the record during the Final Pretrial Conference on October 26, 2023, the Court grants in part and denies in part the Parties' motions in limine. The Clerk of Court is respectfully directed to terminate the following pending motions: Dkt. Nos. 260, 265, 270, 272, 274, 276, 278, 280, 286, 288, 290, 292, 296, 298, 300, and 348.

SO ORDERED.

Dated:    October 26, 2023
           White Plains, New York

                                                       KENNETH M. KARAS
                                                    United States District Judge